UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

-vs- Case No. 8:07-cr-449-T-24 TGW

THOMAS GOINES
_________________________________/

**ORDER**

This cause comes before the Court on Defendant Goines' Motion to Extend Time to File Notice of Appeal. (Doc. No. 31). In this motion, Defendant moves pursuant to Federal Rule of Appellate Procedure 4(b)(4) for a continuance based on excusable neglect.

Defendant was sentenced on April 25, 2008 after previously pleading guilty. The Court sentenced him to 78 months imprisonment, followed by 60 months of supervised release. Defendant's Notice of Appeal was required to be filed by May 9, 2008 in order to be timely. However, due to a personal emergency by defense counsel, along with the absence of his secretary due to illness, the appeal was not filed. Defendant filed the instant motion on May 13, 2008.

Rule 4(b)(4) provides: "Upon a finding of excusable neglect . . . the district court may . . extend the time to file a notice of appeal for a period not to exceed 30 days from the expiration of the time otherwise prescribed by this Rule 4(b)." The Court considers the following four factors to determine whether there has been excusable neglect: "the danger of prejudice to the [Government], the length of the delay and its potential impact on judicial proceedings, the reason for the delay, including whether it was within the reasonable control of the movant, and whether the movant acted in good faith." Upon consideration, the Court finds that the delay in filing the notice of appeal was due to excusable neglect, because (1) there will be no prejudice to the

Government, (2) the delay is relatively short, (3) the delay was due to unexpected absences from the office, (4) none of the neglect was due to Defendant, and (5) defense counsel acted in good faith.

Accordingly, it is ORDERED AND ADJUDGED that the motion is **GRANTED**, and Defendant is directed to file his notice of appeal by May 15, 2008.

**DONE AND ORDERED** at Tampa, Florida, this 14th day of May, 2008.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record